```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :           11/15/2011
SKANGA ENERGY & MARINE LIMITED,         :
                        Plaintiff,      :
                                        :           11 Civ. 4296 (DLC)
        -v-                             :
                                        :                ORDER
AREVENCA, S.A., PETROLEOS DE VENEZUELA  :
S.A., and JAVIER GOZALEZ ALVAREZ,       :
                        Defendants.     :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

On August 16, 2011, defendants filed a motion to dismiss the complaint. The plaintiff filed an opposition to the motion to dismiss on November 11, 2011. In its opposition brief, the plaintiff requested that if the defendants' motion to dismiss were to be granted, it should be without prejudice, and with leave to amend. The defendants' reply is currently due on December 9. Accordingly, it is hereby

ORDERED that the plaintiff shall advise the defendants and the Court no later than **November 23, 2011**, whether it intends to file an amended complaint.

IT IS FURTHER ORDERED that any amended complaint shall be filed by **December 2, 2011**. There shall be no further opportunity to amend.

IT IS FURTHER ORDERED that in the event the plaintiff advises on November 23 that it will not file an amended

complaint, the defendants' reply is due on **December 19, 2011.** At the time any reply is served, the moving party shall supply Chambers with two (2) courtesy copies of all motion papers by mailing or delivering them to the United States Courthouse, 500 Pearl Street, New York, New York.

SO ORDERED:

Dated:   New York, New York
         November 15, 2011

                                    _____
                                          DENISE COTE
                                    United States District Judge