Cote, J

USDC
DOCUMENT
ELECTRONI...
DOC #
DATE F... 7/12/2012

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SKANGA ENERGY & MARINE LIMITED,

    Plaintiff,

- against -

AREVENCA S.A., PETROLEOS DE VENEZUELA S.A., JAVIER GONZALEZ ALVAREZ,

    Defendants,

Docket No: 11 CV 04296 (DLC)

**STIPULATION TO EXTEND TIME TO ANSWER AND ADJOURN PRELIMINARY CONFERENCE**

    **WHEREAS** the deadline for Defendant Petroleos de Venezuela S.A. ("PDVSA" or "Defendant") to answer the complaint in the above-captioned action is July 5, 2012, and

    **WHEREAS**, Defendant requests that its time to answer the complaint be extended to and including Monday, July 16, 2012, and

    **WHEREAS**, Plaintiff consents to Defendant's request, and

    **WHEREAS**, no prior requests to extend this answer deadline have been made or granted, and

    **WHEREAS**, a Preliminary Conference is scheduled in the above-captioned action for July 27, 2012, and

    **WHEREAS**, counsel for both Plaintiff and Defendant have a pre-existing conflict on July 27, 2012, and

    **WHEREAS**, no prior requests to adjourn the Preliminary Conference have been made or granted, and

{00582684.DOC;1 }

IT IS HEREBY STIPULATED by and between the attorneys for Plaintiff and Defendant that the deadline for Defendant PDVSA to answer the complaint be and hereby is extended to and including Monday, July 16, 2012, and

IT IS FURTHER HEREBY STIPULATED that the Preliminary Conference in this action be and hereby is adjourned to Friday, August 10, 2012, or such other date as may be directed by the Court, and *at 3:00 pm.*

IT IS FURTHER HEREBY STIPULATED that this stipulation may be executed in any number of counterparts and when taken together shall constitute one original document, and any signature transmitted via facsimile or emailed PDF may be deemed an original.

Dated: July 12, 2012

FOLEY HOAG, LLP

By: _____
Lawrence H. Martin, Esq.
1875 K Street, N.W. Suite 800
Washington, D.C. 20006
(202) 223-1200
*Attorneys for Defendant PDVSA*

ROBINSON BROG LEINWAND GREENE GENOVESE & GLUCK P.C.

By: _____
Jennifer S. Smith, Esq.
875 Third Avenue, 9th Floor
New York, New York 10022
(212) 603-6300
*Attorneys for Plaintiff*

SO ORDERED:

_____
Hon. Denise Cote, U.S.D.J.

July 12, 2012

{00582684.DOC;1 }