UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SKANGA ENERGY & MARINE LIMITED,<br><br>       Plaintiff,<br><br>   v.<br><br>AREVENCA S.A., PETRÓLEOS DE VENEZUELA S.A., and JAVIER GONZALEZ ALVAREZ<br>       Defendants. | Case 1:11-cv-04296-DLC<br>ECF CASE |

## NOTICE OF APPEAL OF OPINION AND ORDER DENYING DEFENDANT PETRÓLEOS DE VENEZUELA S.A.'S MOTION TO DISMISS THE AMENDED COMPLAINT

Notice is hereby given that Petróleos de Venezuela, S.A., a defendant in the above named case, hereby appeals to the United States Court of Appeals for the Second Circuit from the Opinion and Order of this Court denying Petróleos de Venezuela S.A.'s motion to dismiss the amended complaint entered in this action on the 21st day of June, 2012. This order is immediately appealable because it denied defendant Petróleos de Venezuela S.A.'s motion to dismiss on grounds of sovereign immunity under the Foreign Sovereign Immunities Act, 28 U.S.C. §§ 1602 et seq.

- 2 -

Dated: July 16, 2012

By: /s/ Marjorie E. Berman

Lawrence H. Martin
Ronald E. M. Goodman
Vivek Krishnamurthy
FOLEY HOAG LLP
1875 K Street NW, Suite 800
Washington, DC 20006-1238
Telephone: 202-223-1200
Facsimile: 202-467-9672
lhm@foleyhoag.com

Marjorie E. Berman
KRANTZ & BERMAN LLP
747 Third Avenue, 32nd Floor
New York, NY 10017
Telephone: 212-661-0009
Facsimile: 212-355-5009
mberman@krantzberman.com

*Attorneys for Defendant Petróleos de Venezuela S.A.*