ROBINSON BROG LEINWAND GREENE GENOVESE & GLUCK P.C.

875 THIRD AVENUE

NEW YORK, NEW YORK 10022-0123

(212) 603-6300

FAX (212) 956-2164

July 19, 2012

**MEMO ENDORSED**

David C. Burger
(212) 603-6361
dcb@robinsonbrog.com

7/19/2012

BY HAND
Hon. Denise L. Cote
United States District Court Judge
United States District Court for the
 Southern District of New York
500 Pearl Street, Room 1610
New York, New York 10007

      Re:    <u>Skanga v. Arevenca S.A., et al.</u>, 11 Civ. 4296 (DLC)

Dear Judge Cote:

      My firm represents the plaintiff Skanga Energy & Marine Limited ("Skanga") in the above-noted action.

      Defendant Petroleos De Venezuela S.A. ("PVSA") filed an interlocutory appeal on July 16, 2012 to the Second Circuit from this Court's Opinion and Order, dated June 20, 2012, which denied PVSA's motion to dismiss the Amended Complaint. Prior to the filing of that appeal, Your Honor had So Ordered, on July 12, 2012, a stipulation of counsel which set a date for PVSA to file an answer to the Amended Complaint and adjourned a Preliminary Conference to August 10, 2012, at 3:00 P.M. ("July 12 Order"). Your Honor had earlier issued a Notice of Initial Pretrial Conference, dated June 21, 2012, which, <u>inter alia</u>, required the parties to confer with respect to each of the subjects to be considered at the pretrial conference ("June 21 Order").

      We respectfully request guidance from the Court as to whether Skanga and PVSA should continue to abide by the dates scheduled in the July 12 Order and by the obligations referenced in the June 21 Order.

*The orders remain in force.*
*Denise Cote*
*July 19, 2012*

Respectfully submitted,

David C. Burger

cc:    Marjorie Berman, Krantz & Berman LLP
        Lawrence H. Martin, Foley Hoag LLP