```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                         :
SKANGA ENERGY & MARINE LIMITED,          :
                         Plaintiff,      :
                                         :          11 Civ. 4296 (DLC)
               -v-                       :
                                         :              ORDER
AREVENCA, S.A., PETROLÉOS DE VENEZUELA   :
S.A., and JAVIER GOZALEZ ALVAREZ,        :
                         Defendants.     :
                                         :
----------------------------------------X
```

DENISE COTE, District Judge:

In a June 21, 2012 Opinion, the Court denied the motion of defendant Petroléos de Venezuela, S.A. ("PDVSA") to dismiss the amended complaint filed by plaintiff Skanga Energy & Marine Limited's ("Skanga") on the grounds of foreign sovereign immunity. On July 16, PDVSA filed a notice of appeal of the June 21 Opinion. By letter of July 20, PDVSA applies for a stay of further proceedings in this Court pending its appeal of the June 21 Opinion, and contends that a stay should automatically follow its notice of appeal.

It having been brought to the Court's attention that Skanga has requested on July 20 that the Clerk of Court enter a certificate of default against PDVSA, it is hereby

ORDERED that PDVSA shall file any motion for a stay of proceedings in this Court pending appeal no later than **July 27, 2012**. Skanga's response shall be filed no later than **August 10,**

2012. PDVSA's reply, if any, shall be filed no later than **August 17, 2012.** At the time any reply is served, the moving party shall supply Chambers with two (2) courtesy copies of all motion papers by mailing or delivering them to the United States Courthouse, 500 Pearl Street, New York, New York.

IT IS FURTHER ORDERED that the initial pretrial conference currently scheduled for August 10, 2012, is adjourned pending resolution of PDVSA's motion for a stay.

IT IS FURTHER ORDERED that the Clerk of Court shall take no action on Skanga's July 20 request that a certificate of default be entered against PDVSA until resolution of PDVSA's motion for a stay.

SO ORDERED:

Dated:   New York, New York
         July 20, 2012

_____
DENISE COTE
United States District Judge