UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SKANGA ENERGY & MARINE LIMITED,

                  Plaintiff,

v.

AREVENCA S.A., PETRÓLEOS DE VENEZUELA S.A., and JAVIER GONZALEZ ALVAREZ

                  Defendants.

Case 1:11-cv-04296-DLC
ECF CASE

NOTICE OF MOTION
FOR STAY OF PROCEEDINGS
PENDING APPEAL

---

**PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law, Defendant Petróleos de Venezuela S.A. ("PDVSA") will move this Court, before the Hon. Denise L. Cote, United States District Judge, for an order staying proceedings against it pending PDVSA's appeal from this Court's Opinion and Order of June 21, 2012 to the United States Court of Appeals for the Second Circuit.

                  Respectfully submitted,

                  By:  /s/ Lawrence H. Martin

                  Lawrence H. Martin
                  Ronald E.M. Goodman
                  Vivek Krishnamurthy
                  FOLEY HOAG LLP
                  1875 K Street NW, Suite 800
                  Washington, DC 20006-1238
                  Telephone: 202-223-1200
                  Facsimile: 202-467-9672
                  Email: lhm@foleyhoag.com

                                                       Marjorie E. Berman
                                                       KRANTZ & BERMAN LLP
                                                       747 Third Avenue
                                                       32nd Floor
                                                       New York, New York 10017
                                                       Telephone: 212-661-0009
                                                       Facsimile: 212-355-5009
                                                       E-Mail: mberman@krantzberman.com

                                                       *Attorneys for Defendant Petróleos de Venezuela S.A.*

Dated: July 27, 2011

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing Notice of Motion for Stay of Proceedings Pending Appeal and Defendant Petróleos de Venezuela S.A.'s Memorandum of Law in support thereof were served electronically by the Court's ECF system, and by first class mail on those parties not registered for ECF pursuant to the rules of this court.

Dated: July 27, 2012                                          /s/ Lawrence H. Martin
                                                              Lawrence H. Martin