UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SKANGA ENERGY & MARINE LIMITED,<br><br>                                Plaintiff,<br>        v.<br><br>AREVENCA S.A., PETRÓLEOS DE VENEZUELA S.A., and JAVIER GONZALEZ ALVAREZ,<br><br>                                Defendants. | 11 CV 4296 (DLC)<br><br>NOTICE OF MOTION TO WITHDRAW BY <u>PLAINTIFF'S COUNSEL</u> |

**PLEASE TAKE NOTICE** that Robinson Brog Leinwand Greene Genovese & Gluck, P.C. ("Robinson Brog"), pursuant to Local Civil Rule 1.4, New York Rule of Professional Conduct 1.16, and upon the annexed Affidavit of David C. Burger, sworn to on August 3, 2012, and the accompanying memorandum of law, will move before the Honorable Denise L. Cote, United States District Judge at the United States District Court for the Southern District of New York, 500 Pearl Street, New York, New York 10007, at such date as the Court will determine, or as soon thereafter as counsel and the parties may be heard, for an Order granting Robinson Brog permission to withdraw from its representation of plaintiff Skanga Energy & Marine Limited in this action.

Dated: New York, New York
         August 3, 2012

ROBINSON BROG LEINWAND GREENE
GENOVESE & GLUCK P.C.

By _____
     David C. Burger (DCB-8666)
875 Third Avenue
New York, New York 10022
(212) 603-6300
**Withdrawing Attorneys for Plaintiff**