**AFFIDAVIT OF SERVICE**

I hereby certify that on August 3, 2012, I caused a copy of the foregoing Notice of Motion to Withdraw, Affidavit of David C. Burger and Memorandum of Law in Support to be served by mailing a copy of same via U.S. first-class mail, postage prepaid, as follows:

Lawrence H. Martin
Foley Hoag LLP
1875 K Street NW, Suite 800
Washington, DC 20006
*Attorneys for Petroleos de Venezuela, S.A.*

Marjorie Berman
Krantz & Berman LLP
747 Third Avenue, 32nd Floor
New York, NY 10017
*Attorneys for Petroleos de Venezuela, S.A.*

*Arevenca S.A.*
Complejo Arevenca
Armadores Y Astilleros Venezolanos C. A
Empresa Venezolana de Industrial Navales
Puerto San Francisco Javier
Terminal de Aguas Profundas de Oriente
Zona de Actividades Logisticas de Oriente
Jóse Estado Anzoátegui
Venezuela

*Javier Gonzalez Alvarez*
Urbanizacion Los Naranjos
Avenida Norte 4
Edificio Mont Blanc, piso 11
Apartamento 11A
Municipio El Hatillo
Venezuela

*Skanga Energy & Marine Limited*
c/o Salu and Salu Law Firm, PLLC
Attn: Olufemi Salu, Esq.
2129 Stateline Road West, Suite A
Southaven, MS 38671

Sworn to before me on
August 3, 2012.

_____
Notary Public

_____
Joanne Brennan

JOANNE DiMEO
Notary Public, State of New York
No. 01DI6003812, Qualified in Nassau County
Certificate Filed in New York County
Commission Expires March 9, 2014