# EXHIBIT B





# 2013 NLJ Billing Survey

Copyright © ALM Media Properties, LLC. All rights reserved.

| Year | Firm Name | Location | Average FTE Attorneys | Partner Billing Rate High | Partner Billing Rate Low | Partner Billing Rate Avg | Associate Billing Rate High | Associate Billing Rate Low | Associate Billing Rate Avg | Counsel Avg | Counsel Low | Counsel High | NLJ Billing Source | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2013 | Adams and Reese | New Orleans, LA | 277 | $650.00 | $275.00 | $390.00 | $320.00 | $200.00 | $260.00 | $460.00 | $405.00 | $500.00 | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | Akerman Senterfitt | Miami, FL | 502 | $610.00 | $350.00 | $480.00 | $425.00 | $175.00 | $300.00 | | | | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | Akin Gump Strauss Hauer & Feld | Washington, DC | 806 | $1220.00 | $615.00 | $785.00 | $660.00 | $365.00 | $525.00 | | | | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | Allen Matkins Leck Gamble Mallory & Natsis | Los Angeles, CA | 187 | $680.00 | $525.00 | $615.00 | | | | | | | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | Alston & Bird | Atlanta, GA | 805 | $875.00 | $495.00 | $675.00 | $575.00 | $280.00 | $425.00 | | | | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | Andrews Kurth | Houston, TX | 348 | $1090.00 | $745.00 | $890.00 | $1090.00 | $265.00 | $670.00 | | | | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | Archer & Greiner | Haddonfield, NJ | 208 | $460.00 | $330.00 | $400.00 | $295.00 | $200.00 | $245.00 | | | | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | Arent Fox | Washington, DC | 323 | $860.00 | $500.00 | $650.00 | $595.00 | $275.00 | $395.00 | | | | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | Arnall Golden Gregory | Atlanta, GA | 139 | $520.00 | $430.00 | $490.00 | | | | | | | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | Arnold & Porter | Washington, DC | 748 | $950.00 | $670.00 | $815.00 | $610.00 | $345.00 | $500.00 | | | | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |



# 2013 NLJ Billing Survey

Copyright © ALM Media Properties, LLC. All rights reserved.

| Year | Firm | Location | Attorneys | | | | | | | | | | Source | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2013 | Arnstein & Lehr | Chicago, IL | 141 | $595.00 | $350.00 | $465.00 | $350.00 | $175.00 | $250.00 | | | | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | Baker & Hostetler | Cleveland, OH | 810 | $685.00 | $250.00 | $450.00 | $455.00 | $120.00 | $260.00 | | | | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | Baker & McKenzie | Chicago, IL | 4004 | $1130.00 | $260.00 | $755.00 | $925.00 | $100.00 | $395.00 | | | | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | Baker, Donelson, Bearman, Caldwell & Berkowitz | Memphis, Tenn. | 587 | $495.00 | $340.00 | $400.00 | $465.00 | $245.00 | $295.00 | | | | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | Ballard Spahr | Philadelphia, PA | 479 | $650.00 | $395.00 | $475.00 | $495.00 | $235.00 | $315.00 | | | | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | Barnes & Thornburg | Indianapolis, IN | 487 | $580.00 | $330.00 | $480.00 | $370.00 | $260.00 | $320.00 | | | | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | Benesch, Friedlander, Coplan & Aronoff | Cleveland, OH | 150 | $635.00 | $360.00 | $455.00 | $475.00 | $155.00 | $280.00 | | | | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | Best Best & Krieger | Riverside, CA | 175 | $655.00 | $340.00 | $455.00 | $385.00 | $235.00 | $280.00 | $435.00 | $325.00 | $565.00 | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | Bingham McCutchen | Boston, MA | 900 | $1080.00 | $220.00 | $795.00 | $605.00 | $185.00 | $450.00 | | | | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | Blank Rome | Philadelphia, PA | 471 | $940.00 | $445.00 | $640.00 | $565.00 | $175.00 | $350.00 | | | | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | Bond, Schoeneck & King | Syracuse, NY | 194 | $520.00 | $240.00 | $355.00 | $285.00 | $160.00 | $225.00 | $385.00 | $295.00 | $485.00 | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | Bowles Rice | Charleston, WV | 128 | $285.00 | $165.00 | $230.00 | $180.00 | $115.00 | $135.00 | | | | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |



## 2013 NLJ Billing Survey

Copyright ©  ALM Media Properties, LLC. All rights reserved.

| Year | Firm | Location | # | | | | | | | | | | Source | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2013 | Bracewell & Giuliani | Houston, TX | 432 | $1125.00 | $575.00 | $760.00 | $700.00 | $275.00 | $440.00 | | | | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | Bradley Arant Boult Cummings | Birmingham, AL | 396 | $605.00 | $325.00 | $430.00 | $340.00 | $200.00 | $260.00 | | | | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | Broad and Cassel | Orlando, FL | 160 | $465.00 | $295.00 | $380.00 | | | | | | | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | Brownstein Hyatt Farber Schreck | Denver, CO | 216 | $700.00 | $310.00 | $520.00 | $345.00 | $265.00 | $305.00 | | | | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | Bryan Cave | St. Louis, MO | 990 | $860.00 | $405.00 | $590.00 | $570.00 | $210.00 | $405.00 | $600.00 | $320.00 | $810.00 | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | Buchalter Nemer | Los Angeles, CA | 134 | $695.00 | $475.00 | $605.00 | $375.00 | $350.00 | $365.00 | | | | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | Burr & Forman | Birmingham, AL | 249 | $525.00 | $240.00 | $355.00 | $350.00 | $200.00 | $245.00 | | | | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | Butzel Long | Bloomfield Hills, MI | 125 | $535.00 | $350.00 | $440.00 | $415.00 | $215.00 | $305.00 | | | | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | Cadwalader, Wickersham & Taft | New York, NY | 435 | $1050.00 | $800.00 | $930.00 | $750.00 | $395.00 | $605.00 | | | | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | Carlton Fields | Tampa, FL | 276 | $840.00 | $455.00 | $600.00 | | | | | | | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | Connell Foley | Roseland, NJ | 121 | $575.00 | $275.00 | $425.00 | $325.00 | $200.00 | $265.00 | $450.00 | $275.00 | $625.00 | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | Cooley | Palo Alto, CA | 632 | $990.00 | $660.00 | $820.00 | $630.00 | $160.00 | $525.00 | | | | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |


# 2013 NLJ Billing Survey

Copyright ©  ALM Media Properties, LLC. All rights reserved.

| Year | Firm | Location | FTE | | | | | | | | | | Source | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2013 | Covington & Burling | Washington, DC | 738 | $890.00 | $605.00 | $780.00 | $565.00 | $320.00 | $415.00 | | | | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | Cox Smith Matthews | San Antonio, TX | 117 | $595.00 | $395.00 | $505.00 | $485.00 | $230.00 | $320.00 | | | | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | Cozen O'Connor | Philadelphia, PA | 509 | $1050.00 | $300.00 | $555.00 | $590.00 | $235.00 | $345.00 | $560.00 | $360.00 | $790.00 | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | Curtis, Mallet-Prevost, Colt & Mosle | New York, NY | 322 | $860.00 | $730.00 | $800.00 | $785.00 | $345.00 | $480.00 | | | | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | Davis Graham & Stubbs | Denver, CO | 146 | $595.00 | $350.00 | $435.00 | $340.00 | $150.00 | $245.00 | | | | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | Davis Polk & Wardwell | New York, NY | 787 | $985.00 | $850.00 | $975.00 | $975.00 | $130.00 | $615.00 | | | | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | Debevoise & Plimpton | New York, NY | 615 | $1075.00 | $955.00 | $1055.00 | $760.00 | $120.00 | $490.00 | | | | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | Dechert | New York, NY | 803 | $1095.00 | $670.00 | $900.00 | $735.00 | $395.00 | $530.00 | | | | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | Dentons | | | $1050.00 | $345.00 | $700.00 | $685.00 | $210.00 | $425.00 | | | | National Law Journal, December 2013 | Location and Average FTE Attorneys' data not available due to merger in 2013. Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | Dickstein Shapiro | Washington, DC | 308 | $1250.00 | $590.00 | $750.00 | $585.00 | $310.00 | $475.00 | | | | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | Dinsmore & Shohl | Cincinnati, OH | 422 | $850.00 | $250.00 | $400.00 | $350.00 | $140.00 | $235.00 | $345.00 | $140.00 | $615.00 | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | DLA Piper | New York, NY | 4036 | $1025.00 | $450.00 | $765.00 | $750.00 | $250.00 | $510.00 | | | | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |



# 2013 NLJ Billing Survey

Copyright © ALM Media Properties, LLC. All rights reserved.

| Year | Firm | Location | Attorneys | | | | | | | | | | Source | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2013 | Dorsey & Whitney | Minneapolis, MN | 517 | $585.00 | $340.00 | $435.00 | $510.00 | $215.00 | $315.00 | | | | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | Duane Morris | Philadelphia, PA | 613 | $710.00 | $430.00 | $620.00 | $490.00 | $295.00 | $370.00 | | | | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | Edwards Wildman Palmer | Boston, MA | 572 | $765.00 | $210.00 | $535.00 | $415.00 | $245.00 | $325.00 | | | | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | Faegre Baker Daniels | Minneapolis, MN | 683 | $580.00 | $355.00 | $455.00 | $315.00 | $110.00 | $260.00 | | | | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | Foley & Lardner | Milwaukee, WI | 872 | $860.00 | $405.00 | $600.00 | $470.00 | $210.00 | $335.00 | | | | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | Foley Hoag | Boston, MA | 223 | $775.00 | $590.00 | $670.00 | $385.00 | $290.00 | $325.00 | | | | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | Fox Rothschild | Philadelphia, PA | 490 | $750.00 | $335.00 | $530.00 | $500.00 | $245.00 | $310.00 | | | | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | Fried, Frank, Harris, Shriver & Jacobson | New York, NY | 476 | $1100.00 | $930.00 | $1000.00 | $760.00 | $375.00 | $595.00 | | | | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | Gardere Wynne Sewell | Dallas, TX | 223 | $775.00 | $430.00 | $635.00 | $445.00 | $235.00 | $310.00 | | | | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | Gibbons | Newark, NJ | 210 | $865.00 | $440.00 | $560.00 | $475.00 | $295.00 | $360.00 | $490.00 | $385.00 | $750.00 | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | Gibson, Dunn & Crutcher | New York, NY | 1086 | $1800.00 | $765.00 | $980.00 | $930.00 | $175.00 | $590.00 | | | | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | Gordon & Rees | San Francisco, CA | 457 | $475.00 | $375.00 | $420.00 | $325.00 | $285.00 | $300.00 | | | | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |



# 2013 NLJ Billing Survey

Copyright © ALM Media Properties, LLC. All rights reserved.

| 2013 | Greenberg Traurig | New York, NY | 1699 | $955.00 | $360.00 | $655.00 | $595.00 | $200.00 | $390.00 | | | | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
|------|-------------------|--------------|------|---------|---------|---------|---------|---------|---------|---------|---------|---------|---|---|
| 2013 | Harris Beach | Rochester, NY | 204 | $600.00 | $295.00 | $385.00 | $285.00 | $175.00 | $260.00 | $385.00 | $175.00 | $600.00 | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | Harter Secrest & Emery | Rochester, NY | 136 | $465.00 | $300.00 | $385.00 | $290.00 | $195.00 | $250.00 | $325.00 | $260.00 | $380.00 | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | Haynes and Boone | Dallas, TX | 489 | $1020.00 | $450.00 | $670.00 | $580.00 | $310.00 | $405.00 | $510.00 | $220.00 | $840.00 | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | Hogan Lovells | Washington, DC | 2280 | $1000.00 | $705.00 | $835.00 | | | | | | | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | Holland & Hart | Denver, CO | 409 | $725.00 | $295.00 | $435.00 | $415.00 | $165.00 | $275.00 | $360.00 | $185.00 | $595.00 | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | Holland & Knight | Washington, DC | 926 | $1035.00 | $335.00 | $595.00 | $575.00 | $210.00 | $325.00 | $580.00 | $480.00 | $775.00 | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | Honigman Miller Schwartz and Cohn | Detroit, MI | 227 | $560.00 | $290.00 | $390.00 | $225.00 | $205.00 | $220.00 | | | | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | Hughes Hubbard & Reed | New York, NY | 344 | $995.00 | $725.00 | $890.00 | $675.00 | $365.00 | $555.00 | | | | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | Husch Blackwell | St. Louis, MO | 514 | $925.00 | $235.00 | $430.00 | $465.00 | $190.00 | $260.00 | $395.00 | $230.00 | $600.00 | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | Ice Miller | Indianapolis, IN | 301 | $530.00 | $335.00 | $450.00 | $305.00 | $245.00 | $270.00 | | | | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | Irell & Manella | Los Angeles, CA | 164 | $975.00 | $800.00 | $890.00 | $750.00 | $395.00 | $535.00 | | | | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |



# 2013 NLJ Billing Survey

Copyright ©  ALM Media Properties, LLC. All rights reserved.

| Year | Firm | Location | Attorneys | | | | | | | | | | Source | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2013 | Jackson Kelly | Charleston, WV | 200 | $370.00 | $175.00 | $280.00 | $265.00 | $145.00 | $195.00 | | | | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | Jackson Lewis | Los Angeles, CA | 690 | $440.00 | $310.00 | $380.00 | $315.00 | $275.00 | $290.00 | | | | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | Jackson Walker | Dallas, TX | 328 | $550.00 | $450.00 | $500.00 | $385.00 | $255.00 | $335.00 | | | | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | Jeffer, Mangels, Butler & Mitchell | Los Angeles, CA | 126 | $875.00 | $560.00 | $690.00 | | | | | | | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | Jenner & Block | Chicago, IL | 432 | $925.00 | $565.00 | $745.00 | $550.00 | $380.00 | $465.00 | | | | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | Jones Day | New York, NY | 2363 | $975.00 | $445.00 | $745.00 | $775.00 | $205.00 | $435.00 | | | | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | Jones Walker | New Orleans, LA | 361 | $425.00 | $275.00 | $385.00 | $240.00 | $200.00 | $225.00 | | | | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | Kasowitz, Benson, Torres & Friedman | New York, NY | 365 | $1195.00 | $600.00 | $835.00 | $625.00 | $200.00 | $340.00 | | | | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | Katten Muchin Rosenman | Chicago, IL | 586 | $745.00 | $500.00 | $615.00 | $595.00 | $340.00 | $455.00 | | | | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | Kaye Scholer | New York, NY | 414 | $1080.00 | $715.00 | $860.00 | $680.00 | $320.00 | $510.00 | | | | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | Kelley Drye & Warren | New York, NY | 298 | $815.00 | $435.00 | $640.00 | $600.00 | $305.00 | $430.00 | | | | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | Kilpatrick Townsend & Stockton | Atlanta, GA | 552 | $775.00 | $400.00 | $550.00 | $475.00 | $315.00 | $385.00 | | | | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |



## 2013 NLJ Billing Survey

Copyright ©  ALM Media Properties, LLC. All rights reserved.

| Year | Firm | Location | FTE | | | | | | | | | | Source | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2013 | King & Spalding | Atlanta, GA | 838 | $995.00 | $545.00 | $775.00 | $735.00 | $125.00 | $460.00 | | | | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | Kirkland & Ellis | Chicago, IL | 1517 | $995.00 | $590.00 | $825.00 | $715.00 | $235.00 | $540.00 | | | | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | Knobbe, Martens, Olson & Bear | Irvine, CA | 268 | $785.00 | $440.00 | $555.00 | $535.00 | $295.00 | $345.00 | $685.00 | $685.00 | $685.00 | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | Kramer Levin Naftalis & Frankel | New York, NY | 320 | $1025.00 | $740.00 | $845.00 | $750.00 | $400.00 | $590.00 | | | | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | Lane Powell | Seattle, WA | 172 | $465.00 | $365.00 | $430.00 | $330.00 | $225.00 | $265.00 | | | | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | Latham & Watkins | New York, NY | 2033 | $1110.00 | $895.00 | $990.00 | $725.00 | $465.00 | $605.00 | | | | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | Lathrop & Gage | Kansas City, MO | 286 | $700.00 | $285.00 | $420.00 | $375.00 | $195.00 | $250.00 | | | | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | Leonard, Street and Deinard | Minneapolis, MN | 184 | $490.00 | $295.00 | $405.00 | $305.00 | $265.00 | $285.00 | | | | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | Lewis Roca Rothgerber | | | $695.00 | $380.00 | $505.00 | $525.00 | $205.00 | $400.00 | | | | National Law Journal, December 2013 | Location and Average FTE Attorneys' data not available due to merger in 2013. Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | Lindquist & Vennum | Minneapolis, MN | 181 | $600.00 | $460.00 | $520.00 | $470.00 | $275.00 | $365.00 | | | | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | Littler Mendelson | San Francisco, CA | 909 | $615.00 | $395.00 | $550.00 | $420.00 | $245.00 | $290.00 | | | | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | Lowenstein Sandler | Roseland, NJ | 254 | $755.00 | $510.00 | $615.00 | $650.00 | $260.00 | $360.00 | | | | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |



# 2013 NLJ Billing Survey

Copyright © ALM Media Properties, LLC. All rights reserved.

| Year | Firm | Location | FTE | Col1 | Col2 | Col3 | Col4 | Col5 | Col6 | Col7 | Col8 | Col9 | Source | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2013 | Manatt, Phelps & Phillips | Los Angeles, CA | 325 | $795.00 | $640.00 | $740.00 | | | | | | | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | McCarter & English | Newark, NJ | 373 | $625.00 | $450.00 | $530.00 | $370.00 | $220.00 | $300.00 | | | | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | McDermott Will & Emery | Chicago, IL | 1024 | $835.00 | $525.00 | $710.00 | | | | | | | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | McElroy, Deutsch, Mulvaney & Carpenter | Morristown, NJ | 288 | $505.00 | $325.00 | $440.00 | $325.00 | $200.00 | $295.00 | | | | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | McGuireWoods | Richmond, VA | 941 | $725.00 | $450.00 | $595.00 | $525.00 | $285.00 | $360.00 | | | | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | McKenna Long & Aldridge | Atlanta, GA | 509 | $650.00 | $480.00 | $530.00 | $425.00 | $375.00 | $395.00 | | | | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | Michael Best & Friedrich | Milwaukee, WI | 198 | $650.00 | $260.00 | $445.00 | $350.00 | $190.00 | $275.00 | | | | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | Miles & Stockbridge | Baltimore, MD | 207 | $725.00 | $330.00 | $470.00 | $375.00 | $230.00 | $285.00 | $425.00 | $215.00 | $675.00 | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | Miller & Martin | Chattanooga, TN | 133 | $585.00 | $245.00 | $385.00 | $270.00 | $180.00 | $215.00 | $355.00 | $210.00 | $440.00 | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | Morgan, Lewis & Bockius | Philadelphia, PA | 1334 | $765.00 | $430.00 | $620.00 | $585.00 | $270.00 | $390.00 | | | | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | Morris, Manning & Martin | Atlanta, GA | 142 | $575.00 | $400.00 | $480.00 | | | | | | | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | Morrison & Foerster | San Francisco, CA | 1010 | $1195.00 | $595.00 | $865.00 | $725.00 | $230.00 | $525.00 | | | | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |



# 2013 NLJ Billing Survey

Copyright ©  ALM Media Properties, LLC. All rights reserved.

| Year | Firm | Location | FTE | Partner High | Partner Low | Partner Avg | Associate High | Associate Low | Associate Avg | Other 1 | Other 2 | Other 3 | Source | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2013 | Nixon Peabody | Boston, MA | 612 | $850.00 | $295.00 | $520.00 | $550.00 | $180.00 | $300.00 | | | | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | Norton Rose Fulbright | | | $900.00 | $525.00 | $775.00 | $515.00 | $300.00 | $400.00 | | | | National Law Journal, December 2013 | Location and Average FTE Attorneys' data not available due to merger in 2013. Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | Nutter McClennen & Fish | Boston, MA | 135 | $715.00 | $470.00 | $575.00 | $460.00 | $295.00 | $375.00 | | | | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | O'Melveny & Myers | Los Angeles, CA | 738 | $950.00 | $615.00 | $715.00 | | | | | | | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | Orrick, Herrington & Sutcliffe | San Francisco, CA | 977 | $945.00 | $305.00 | $625.00 | $675.00 | $170.00 | $310.00 | | | | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | Parker Poe Adams & Bernstein | Charlotte, NC | 178 | $500.00 | $425.00 | $450.00 | | | | | | | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | Patton Boggs | Washington, DC | 485 | $780.00 | $490.00 | $665.00 | $475.00 | $325.00 | $405.00 | | | | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | Paul Hastings | New York, NY | 899 | $900.00 | $750.00 | $815.00 | $755.00 | $335.00 | $540.00 | | | | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | Paul, Weiss, Rifkind, Wharton & Garrison | New York, NY | 803 | $1120.00 | $760.00 | $1040.00 | $760.00 | $250.00 | $600.00 | | | | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | Pepper Hamilton | Philadelphia, PA | 493 | $850.00 | $475.00 | $630.00 | $460.00 | $245.00 | $360.00 | | | | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | Perkins Coie | Seattle, WA | 823 | $940.00 | $320.00 | $600.00 | $595.00 | $215.00 | $405.00 | $565.00 | $270.00 | $790.00 | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | Pillsbury Winthrop Shaw Pittman | Washington, DC | 609 | $1070.00 | $615.00 | $865.00 | $860.00 | $375.00 | $520.00 | | | | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |



# 2013 NLJ Billing Survey

Copyright ©  ALM Media Properties, LLC. All rights reserved.

| Year | Firm | Location | # | | | | | | | | | | Source | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2013 | Polsinelli | Kansas City, MO | 573 | $750.00 | $320.00 | $410.00 | $340.00 | $220.00 | $265.00 | $370.00 | $300.00 | $425.00 | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | Proskauer Rose | New York, NY | 746 | $950.00 | $725.00 | $880.00 | $675.00 | $295.00 | $465.00 | | | | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | Quarles & Brady | Milwaukee, WI | 413 | $600.00 | $350.00 | $470.00 | $600.00 | $210.00 | $335.00 | | | | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | Quinn Emanuel Urquhart & Sullivan | New York, NY | 697 | $1075.00 | $810.00 | $915.00 | $675.00 | $320.00 | $410.00 | | | | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | Reed Smith | Pittsburgh, PA | 1468 | $945.00 | $545.00 | $710.00 | $530.00 | $295.00 | $420.00 | | | | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | Richards, Layton & Finger | Wilmington, DE | 138 | $850.00 | $475.00 | $660.00 | $450.00 | $250.00 | $350.00 | $465.00 | $450.00 | $475.00 | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | Riker Danzig Scherer Hyland & Perretti | Morristown, NJ | 151 | $495.00 | $430.00 | $455.00 | $295.00 | $210.00 | $250.00 | | | | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | Robinson & Cole | Hartford, CT | 209 | $490.00 | $285.00 | $410.00 | | | | | | | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | Rutan & Tucker | Costa Mesa, CA | 139 | $675.00 | $345.00 | $490.00 | $500.00 | $230.00 | $320.00 | $490.00 | $435.00 | $575.00 | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | Saul Ewing | Philadelphia, PA | 226 | $850.00 | $365.00 | $530.00 | $575.00 | $225.00 | $340.00 | | | | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | Sedgwick | San Francisco, CA | 347 | $615.00 | $305.00 | $425.00 | $475.00 | $250.00 | $325.00 | $450.00 | $350.00 | $660.00 | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | Seward & Kissel | New York, NY | 152 | $850.00 | $625.00 | $735.00 | $600.00 | $290.00 | $400.00 | | | | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |



# 2013 NLJ Billing Survey

Copyright ©  ALM Media Properties, LLC. All rights reserved.

| Year | Firm | Location | Attorneys | | | | | | | | | | Source | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2013 | Seyfarth Shaw | Chicago, IL | 753 | $860.00 | $375.00 | $610.00 | $505.00 | $225.00 | $365.00 | $470.00 | $245.00 | $800.00 | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | Sheppard, Mullin, Richter & Hampton | Los Angeles, CA | 521 | $875.00 | $490.00 | $685.00 | $535.00 | $275.00 | $415.00 | | | | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | Shumaker, Loop & Kendrick | Toledo, OH | 226 | $585.00 | $295.00 | $405.00 | $335.00 | $175.00 | $260.00 | | | | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | Shutts & Bowen | Miami, FL | 221 | $660.00 | $250.00 | $430.00 | $345.00 | $195.00 | $260.00 | | | | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | Skadden, Arps, Slate, Meagher & Flom | New York, NY | 1735 | $1150.00 | $845.00 | $1035.00 | $845.00 | $340.00 | $620.00 | | | | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | Snell & Wilmer | Phoenix, AZ | 422 | $695.00 | $295.00 | $495.00 | $420.00 | $185.00 | $280.00 | | | | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | Squire Sanders | Cleveland, OH | 1257 | $950.00 | $350.00 | $655.00 | $530.00 | $250.00 | $355.00 | | | | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | Stevens & Lee | Reading, PA | 167 | $800.00 | $525.00 | $625.00 | | | | | | | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | Stinson Morrison Hecker | Kansas City, MO | 280 | $695.00 | $290.00 | $475.00 | $650.00 | $185.00 | $280.00 | | | | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | Stoel Rives | Portland, OR | 371 | $690.00 | $320.00 | $475.00 | $425.00 | $190.00 | $280.00 | $410.00 | $320.00 | $550.00 | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | Strasburger & Price | Dallas, TX | 208 | $770.00 | $225.00 | $420.00 | $450.00 | $215.00 | $260.00 | $445.00 | $225.00 | $600.00 | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | Taft, Stettinius & Hollister | Cincinnati, OH | 303 | $535.00 | $285.00 | $415.00 | $475.00 | $200.00 | $285.00 | | | | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |



# 2013 NLJ Billing Survey

Copyright ©  ALM Media Properties, LLC. All rights reserved.

| Year | Firm | Location | Attorneys | | | | | | | | | | Source | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2013 | Thompson & Knight | Dallas, TX | 281 | $740.00 | $425.00 | $535.00 | $610.00 | $240.00 | $370.00 | | | | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | Thompson Coburn | St. Louis, MO | 305 | $510.00 | $330.00 | $440.00 | $350.00 | $220.00 | $270.00 | | | | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | Troutman Sanders | Atlanta, GA | 575 | $975.00 | $400.00 | $620.00 | $570.00 | $245.00 | $340.00 | $510.00 | $325.00 | $675.00 | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | Ulmer & Berne | Cleveland, OH | 178 | $415.00 | $315.00 | $380.00 | | | | | | | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | Varnum | Grand Rapids, MI | 134 | $465.00 | $290.00 | $390.00 | | | | | | | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | Venable | Washington, DC | 501 | $1075.00 | $470.00 | $660.00 | $575.00 | $295.00 | $430.00 | $565.00 | $435.00 | $810.00 | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | Vinson & Elkins | Houston, TX | 677 | $770.00 | $475.00 | $600.00 | $565.00 | $275.00 | $390.00 | | | | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | Waller Lansden Dortch & Davis | Nashville, TN | 165 | $600.00 | $350.00 | $460.00 | $335.00 | $190.00 | $245.00 | | | | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | Weil, Gotshal & Manges | New York, NY | 1201 | $1075.00 | $625.00 | $930.00 | $790.00 | $300.00 | $600.00 | | | | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | White & Case | New York, NY | 1900 | $1050.00 | $700.00 | $875.00 | $1050.00 | $220.00 | $525.00 | | | | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | Wiley Rein | Washington, DC | 272 | $950.00 | $550.00 | $665.00 | $535.00 | $320.00 | $445.00 | $580.00 | $380.00 | $800.00 | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | Williams Mullen | Richmond, VA | 231 | $410.00 | $360.00 | $385.00 | $350.00 | $260.00 | $295.00 | | | | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |

Case 1:11-cv-04296-DLC-DCF   Document 154-3   Filed 03/12/14   Page 15 of 15



# 2013 NLJ Billing Survey

Copyright ©  ALM Media Properties, LLC. All rights reserved.

| Year | Firm | Location | | | | | | | | | | | Source | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2013 | Willkie Farr & Gallagher | New York, NY | 540 | $1090.00 | $790.00 | $950.00 | $790.00 | $350.00 | $580.00 | | | | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | Wilmer Cutler Pickering Hale and Dorr | Washington, DC | 961 | $1250.00 | $735.00 | $905.00 | $695.00 | $75.00 | $290.00 | | | | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | Winston & Strawn | Chicago, IL | 842 | $995.00 | $650.00 | $800.00 | $590.00 | $425.00 | $520.00 | | | | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | Wolff & Samson | West Orange, NJ | 129 | $450.00 | $325.00 | $400.00 | $450.00 | $225.00 | $340.00 | | | | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |
| 2013 | Wyatt, Tarrant & Combs | Louisville, KY | 165 | $500.00 | $280.00 | $418.00 | | | | | | | National Law Journal, December 2013 | Full-time equivalent attorney numbers and the largest U.S. office are from the NLJ 350 published in April 2013. |

# 2013 Associate Class Billing Survey

Copyright 2013 ALM Media properties, LLC. All rights reserved.     14