UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| SKANGA ENERGY & MARINE LIMITED, | : | |
|  | : | |
| Plaintiff, | : | Case 1:11-cv-04296-DLC-DLF |
|  | : | |
| v. | : | |
|  | : | |
| AREVENCA S.A., PETRÓLEOS DE VENEZUELA S.A., and JAVIER GONZALEZ ALVAREZ | : | |
|  | : | |
| Defendants. | : | |

# NOTICE OF MOTION TO DISMISS THE SECOND AMENDED COMPLAINT

**PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law, Affidavit of Lawrence H. Martin and exhibits attached thereto, Declaration of Elisaúl Miquelena, Declaration of Humberto Ferrín Cortes, Declaration of Luis Alberto Garcia Montoya, and Declaration of Uzoma Henry Azikiwe, Esq., Defendant Petróleos de Venezuela, S.A. ("PDVSA") will move this Court, before the Hon. Denise L. Cote, United States District Judge, for an order dismissing the Second Amended Complaint pursuant to Federal Rule of Civil Procedure 12(b)(1) for lack of jurisdiction over the subject matter and Federal Rule of Civil Procedure 12(b)(2) for lack of jurisdiction over the person, and for such other and further relief as the Court deems appropriate.

Dated: April 17, 2014

        Respectfully submitted,

        FOLEY HOAG LLP

        By: /s/ Lawrence H. Martin

        Lawrence H. Martin
        Ronald E. M. Goodman
        Vivek Krishnamurthy
        1717 K St NW
        Washington, DC 20006
        Telephone: 202-223-1200
        Facsimile: 202-467-9672
        Email: lhm@foleyhoag.com

        Marjorie E. Berman
        KRANTZ & BERMAN LLP
        747 Third Avenue, 32nd Floor
        New York, NY 10017
        Telephone: 212-661-0009
        Facsimile: 212-355-5009
        E-Mail:
        mberman@krantzberman.com

        *Attorneys for Defendant Petróleos de Venezuela S.A.*

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that the foregoing NOTICE OF MOTION TO DISMISS THE SECOND AMENDED COMPLAINT was served electronically by the Court's ECF system, and by first class mail on those parties not registered for ECF pursuant to the rules of this court.


Dated: April 17, 2014                      /s/ Lawrence H. Martin
                                                     Lawrence H. Martin