UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SKANGA ENERGY & MARINE LIMITED, :

               Plaintiff, : 11 Civ. 4296 (DLC) (DF)

-against- : **ORDER**

AREVENCA S.A., et. al., :

              Defendants. :
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/6/14

**DEBRA FREEMAN, United States Magistrate Judge:**

In this action, referred to me for discovery disputes, defendant Petroleos De Venezuela S.A. ("PDVSA") has written to the Court (Dkt. 154) pursuant to Local Civil Rule 37.2, asking for a conference prior to making a discovery-related motion. In particular, PDVSA seeks leave to move, under Rule 37(a)(5)(B) of the Federal Rules of Civil Procedure, for an award of the attorney's fees it incurred in defeating a motion for a protective order made by plaintiff Skanga Energy & Marine Limited ("Skanga").

Having reviewed PDVSA's submission, the response filed by Skanga (Dkt. 160), and PDVSA's reply (Dkt. 161), the Court finds that, for the most part, the parties have provided sufficient information to enable the Court to decide the underlying fee request, without need for further briefing. The Court will therefore deem the parties' submissions to be a Rule 37 motion, opposition, and reply.

In one respect, however, the Court requires further information in order to determine the reasonableness of any attorney's fees that may be awarded. Specifically, the Court is unable to discern, from the submissions made by PDVSA, the number of hours, per day, for which PDVSA is seeking recovery for the relevant tasks identified in the time records of associate

attorney Nicholas M. Renzler, Esq. PDVSA is therefore directed to supplement its submissions, within three business days of the date of this Order, with that daily breakdown. If Skanga wishes to respond to PDVSA's supplemental submission, it should do so within three business days of that submission being filed.

Dated: New York, New York
       May 6, 2014

                                    SO ORDERED

                                    DEBRA FREEMAN
                                    United States Magistrate Judge

Copies to:

All counsel (via ECF)