

**FOLEY HOAG** LLP

1717 K Street, NW
Washington, DC 20006-5350

202 223 1200 *main*
202 785 6687 *fax*

Lawrence Martin
202 261 7395 *direct*
lhm@foleyhoag.com

August 8, 2014

**Via ECF**

Hon. Denise L. Cote
United States District Judge
United States District Court
500 Pearl Street
New York, NY 10007

    Re:    *Skanga Energy & Marine Ltd. v. Arevenca S.A. et al.*,
           Case 1:11-cv-04296-DLC (SDNY)

Dear Judge Cote:

    This firm represents Defendant Petróleos de Venezuela, S.A. ("PDVSA") in the above-captioned matter. I write pursuant to paragraph 3.F of Your Honor's Individual Practices, which requires counsel for movant to "send a letter to alert the Court" in the event "a motion is not decided within 60 days of the time that it has become fully briefed."

    PDVSA moved to dismiss Plaintiff's Second Amended Complaint on April 17, 2014. (Dkt. No. 169.) Briefing was complete as of the filing of PDVSA's Reply on May 22, 2014. (Dkt. No. 197.) More than 60 days have therefore passed.

                                            Respectfully Submitted,

                                            Lawrence Martin